JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AVELINA M. ROBLES MARTINEZ, Plaintiff, vs. MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, Defendant. | NO. CV ~~11-00695 MRW~~ 10-7583-RZ **[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of three thousand, nine hundred dollars and no cents ($3,900.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00)., ~~subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.~~

Dated: January 9, 2012     _____
                           HON. RALPH ZAREFSKY
                           UNITED STATES MAGISTRATE JUDGE